UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In re:

JOHN P. THOMPSON and
SHERAE L. THPMPSON,                                BKY 14-41514

       Debtor.

BLATTNER ENERGY, INC.,

       Plaintiff,                                ADV 14-4096

   -v.-

                                                     JUDGMENT

SHERAE L. THOMPSON,

       Defendant.

    This proceeding came before the court, and a decision or order for judgment was duly rendered, the Honorable Michael E. Ridgway, United States Bankruptcy Judge, presiding.

    IT IS THEREFORE ORDERED AND ADJUDGED

    The judgment entered on July 17, 2013, in the amount of $666,570.86 is excepted from Sherae L. Thompson's discharge pursuant to 11 U.S.C. § 523(a)(2)(A) and 523(a)(6).

At:    Minneapolis, Minnesota.                Lori A. Vosejpka, Clerk
Dated: June 25, 2014.                          United States Bankruptcy Court

                                                    By /e/ Karen Krouch
                                                          Deputy Clerk

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 06/25/2014
Lori Vosejpka, Clerk, by SS